UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL KLON THOMPSON,

    Plaintiff,

v.                                                   No. 1:23-CV-185-H

TONYA D. FIELDS, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, which the Court construes as a joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 60. The joint motion is granted. It is ordered that the plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

The parties' prior joint motion to dismiss with prejudice (Dkt. No. 59) is denied as moot.

So ordered on January 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE